**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GURPREET SINGH,**         : | | |
|     Petitioner              : | **No. 1:14-cv-01927** | |
|                       : | | |
| v.                                    : | **(Judge Kane)** | |
|                         : | | |
| **MARY SABOL, et al.,**   : | **(Magistrate Judge Blewitt)** | |
|     Respondents           : | | |

**ORDER**

**AND NOW**, on this 12th day of February 2015, **IT IS HEREBY ORDERED THAT**:

Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 5) is **ADOPTED IN PART** and Petitioner Gurpreet Singh's petition for writ of habeas corpus (Doc. No. 1) is **DENIED** without prejudice to renewal at a later date, if Petitioner chooses to do so.  The Clerk of Court is directed to close the case.

                                                        s/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania