IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GURPREET SINGH** | : | CIVIL ACTION NO. 1:14-cv-1927 |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **MARY SABOL, et al.** | : | |
| | : | |
| Respondents | : | |

# O R D E R

Before the Court in the captioned action is a June 10, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 13th day of July 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 28).

2) The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot**.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania